UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>Jose Salvador Cerdans-Campezano<br><br>　　Defendant. | 11-1618M<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

In this case involving alleged violations of conditions of probation or supervised release, the Court finds no condition or combination of conditions that will reasonably assure:

　　(A)　(✓)　the appearance of defendant as required; and/or

　　(B)　(✓)　the safety of any person or the community.

//

//

The Court concludes that:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_Prior convictions_

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_Prior deports, failure to remain out of US_

IT IS ORDERED that defendant be detained.

DATE: 7/6, 2011

_/s/ Michael R. Wilner_
MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE